UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVEN AND ALISIA YANG,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00509-DAD-BAM<br><br>**ORDER STAYING ACTION PENDING ARBITRATION** |

　　　　WHEREAS, Plaintiffs Geneven and Alisia Yang ("Plaintiffs") filed a Complaint against Defendant Comcast Cable Communications Management, LLC ("Comcast") on April 11, 2017 (Dkt. No. 1);

　　　　WHEREAS, in their Complaint, Plaintiffs allege that they have a residential Comcast account for cable services, and they assert claims for (1) violation of the Electronic Fund Transfers Act, 15 U.S.C. § 1693, *et seq.*; (2) violation of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*; (3) negligence; and (4) conversion; and

　　　　WHEREAS, upon the filing of Plaintiffs' Complaint, the parties met and conferred and have agreed to resolve Plaintiffs' claims in this action through a binding, individual arbitration proceeding administered through the American Arbitration Association in accordance with the terms of the Comcast Agreement for Residential Services ("Subscriber Agreement"), attached hereto as Exhibit A.

　　　　THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER FOR
BINDING ARBITRATION AND STAY OF ACTION

CASE NO. 1:17-cv-00509-DAD-BAM

counsel as follows:

1. Plaintiffs' claims in this action shall be resolved through binding, individual arbitration pursuant to the terms of the Subscriber Agreement;

2. This action shall be stayed in its entirety pending completion of the arbitration proceeding;

3. To the extent this action is not stayed on or before July 10, 2017, Comcast shall be relieved of its obligation to answer or otherwise respond to Plaintiffs' Complaint on that date; and

4. The parties shall file a joint status report every 120 days from the date this Stipulation is approved by the Court, and, additionally, 30 days after the issuance of any resolution or decision by an arbitrator.

IT IS SO STIPULATED.

Dated: July 7, 2017　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
　　　Michael J. Stortz
　　　Matthew J. Adler

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Dated: July 7, 2017　　　　　　　　　　　　HYDE & SWIGART

By: /s/ David J. McGlothlin (authorized 7/7/17)
　　　David J. McGlothlin
　　　Joshua B. Swigart

Attorneys for Plaintiffs
GENEVEN AND ALISIA YANG

///
///
///

# **ORDER**

Having reviewed the stipulation, the Court finds the parties' resources and the Court's resources would be preserved if the matter was stayed pending the arbitration. Accordingly, IT IS HEREBY ORDERED that

1. The stipulation of the parties to stay this matter is GRANTED (Doc. 7);
2. Every 120 days and no later than 30 days after the arbitrator issues the decision, the parties SHALL file a joint status report setting forth the status of the matter and detailing whether the Court should lift the stay;
3. All pending dates and hearings are VACATED.

IT IS SO ORDERED.

Dated: **July 10, 2017**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE